**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DIEGO MANUEL GALVAN,

    Petitioner,

v.                                         Case. No. 11-13118
                                               Hon. Lawrence P. Zatkoff

KENNETH T. MCKEE,

    Respondent.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The matter currently before the Court is Magistrate Judge's Report and Recommendation [dkt 11], in which the Magistrate Judge recommends that Petitioner's application for the writ of habeas corpus [dkt 1] be denied. On April 2, 2013, Plaintiff filed a motion to extend time for him to file objections to the Report and Recommendation, which is pending before the Court. Petitioner thereafter untimely filed his April 22, 2013, objections [dkt 15]. The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. Additionally, the Court reviewed Petitioner's untimely objections and finds the objections to be adequately addressed by the Magistrate Judge's Report and Recommendation. As such, the Court ADOPTS the Report and Recommendation [dkt 11] and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for the writ of habeas corpus [dkt 1] is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is also DENIED.

IT IS SO ORDERED.

Date: May 3, 2013                                          s/Lawrence P. Zatkoff
                                                                      Lawrence P. Zatkoff
                                                                      U.S. District Judge